**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6827**

DANNY LAMONT YARBOROUGH,

Plaintiff - Appellant,

versus

C. NORD; C. S. MASSEY; WILLIAM JENNETT;
CORRECTIONAL OFFICER SHERROD; CORRECTIONAL
OFFICER COTTON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-96-343-5-BR)

Submitted:  November 21, 1996          Decided:  December 4, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Lamont Yarborough, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint seeking equitable relief. While it is unclear whether the Prison Litigation Reform Act, Pub. L. No. 104-124, 110 Stat. 1321 (1996), was properly applied to Appellant's complaint, we conclude that the order may be affirmed because Appellant has subsequently been released from incarceration, rendering his claims moot because he is no longer subjected to the conditions of which he complained. Magee v. Waters, 810 F.2d 451, 452 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2